# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK
### CIVIL/FAMILY POST TRIAL

## DATE: August 21, 2015

**FOURTEENTH COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 4:04:36 PM
CHRISTOPHER A. PRINE
Clerk

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the Fourteenth Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number-*<u>14-15-00613-CV</u>

*Trial Court Case Number:* <u>2014-61155</u> _____

*Trial Court Number* <u>234</u><sup>TH</sup> District Court

_____

### Information from Trial Court Clerk

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

**X** The clerk's record will not be filed by the original due date. (Please state reasons below)
**Reason(s) See Below; More time is needed so that this clerk may fully assess the estimated cost for the clerks record, as well to inform the appellant's attorney of the costs for payment;**

I believe I can file the clerk's record by <u>8-31-15</u>_____, and I request **10 days** extension.

_____ Appellant has not made payment arrangements.
_____ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS


BY: /s/ PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, DEPUTY**

District Clerk's LetterOnReceipt NOAatt.wpd